UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

-------------------------------------------------------
                                                :
GLORIA OLIVER,                                  :
                                                :   CASE NO. 1:10-cv-2667
            Plaintiff,                          :
                                                :
       v.                                       :   JUDGMENT
                                                :
ST. LUKE'S DIALYSIS, LCC d/b/a                  :
SHAKER SQUARE DIALYSIS, *et al.*,               :
                                                :
            Defendants.                         :
                                                :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

      The Court has issued its judgment in the above-captioned matter. For the reasons stated in that opinion, the Court **GRANTS** the Defendants' motion for summary judgment. Accordingly, this action is terminated under Federal Rule of Civil Procedure 58.

      IT IS SO ORDERED.


Dated: August 11, 2011                        s/ *James S. Gwin*
                                                    JAMES S. GWIN
                                                    UNITED STATES DISTRICT JUDGE